LEM:dy

AO 91 (Rev. 11/11) Criminal Complaint

2024R00333

## UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL PURSUANT TO 18 U.S.C. § 3509(d)(2) AND LOCAL RULE 49.1(c)(1)(G)** |
| v. | |
| HILDA ROSALIE HOWARD | Case No. 24-MJ-674 JTH |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about July 7, 2023, within the State and District of Minnesota, HILDA ROSALIE HOWARD knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited a minor, to wit, MINOR A, to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), and 1594(a).

I further state that I am a Homeland Security Immigration and Customs Enforcement Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
*Complainant's signature*

Bronson Day, Special Agent
Homeland Security Immigration & Customs Enforcement
_____
*Printed name and title*

SUBSCRIBED and SWORN before me by reliable electronic means (FaceTime and email) pursuant to Fed. R. Crim. P. 41(d)(3).

_____
*Judge's Signature*

Date:     September 26, 2024

The Honorable Jon T. Huseby
United States Magistrate Judge
_____
*Printed Name and Title*

City and State: MINNEAPOLIS, MN